Dismissed and Memorandum Opinion filed January 20, 2011.

 

 

In The

                                                                                                         

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01136-CV

____________

 

JAMES ELMO CANION, Appellant

 

V.

 

DAVID R. MURPHY, Appellee

 



 

On Appeal from the 61st District Court

Harris County, Texas

Trial Court Cause No. 1982-46741

 



 

MEMORANDUM 
OPINION

This is an attempted appeal from an order signed October 21,
2010.  The clerk’s record was filed December 28, 2010.  

Generally, appeals may be taken only from final judgments.  Lehmann
v. Har‑Con Corp., 39 S.W.3d 191, 195 (Tex. 2001).  Interlocutory
orders may be appealed only if permitted by statute.  Bally Total Fitness
Corp. v. Jackson, 53 S.W.3d 352, 352 (Tex. 2001); Jack B. Anglin Co.,
Inc. v. Tipps, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).  

Appellant is attempting to appeal an order denying
his Motion to Vacate Order Reviving Judgment, which is interlocutory.  In his
notice of appeal, appellant attempts to appeal the interlocutory order pursuant
to section 51.014(a)(7) of the Texas Civil Practice and Remedies Code.  Section
51.014(a)(7) permits a person to appeal an interlocutory order that “grants or
denies the special appearance of a defendant under Rule 120a, Texas Rules of
Civil Procedure[.]”  In appellant’s Motion to Vacate Order Reviving Judgment he
alleged the trial court lacked jurisdiction to revive a judgment against him
because appellee failed to obtain a writ of scire facias within the time
prescribed by law.  Appellant did not file a special appearance under Rule 120a,
nor did the trial court rule on the issue of personal jurisdiction over
appellant.

On December 7, 2010, appellee filed a motion to
dismiss the appeal for want of jurisdiction.  See Tex. R. App. P. 42.3(a).  Appellee’s motion is
granted.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

 

Panel consists of Justices
Anderson, Seymore, and McCally.